### 1967.   JORDAN *v.* THE STATE.

RUSSELL, J.   This being a case in which the defendant was on trial for enticing away a child under the age of eighteen years, and the evidence of the defendant's guilt being weak and unsatisfactory, it was reversible error for the court, in charging the jury, to refer to the person alleged to have been enticed as "this child under the age of eighteen years." The age of the child was put in issue under the plea of not guilty.
                                                  *Judgment reversed.*

Indictment for kidnapping, from Cobb superior court—Judge Morris.   June 9, 1909.

Argued July 14,—Decided July 31, 1909.

*Moore & Moore, W. C. Munday,* for plaintiff in error.

*J. P. Brooke, solicitor-general,* contra.

---

### 1970.   CEDAR RAPIDS NATIONAL BANK *v.* BECKHAM.

POWELL, J.   1. In a suit by a transferee of a negotiable instrument, an indorsement thereon in the corporate name of the payee, though not accompanied by the corporate seal, is sufficient proof of the transfer, unless the indorsement be denied by a sworn plea of non est factum.   Civil Code, § 3705; *Sheffield* v. *Johnson County Bank,* 2 *Ga. App.* 221 (58 S. E. 386).

2. The plea in the present case was not sufficient to put the plaintiff to proof of the indorsement.   *Crockett* v. *Garrard,* 4 *Ga. App.* 360 (61 S. E. 552).

3. The court erred in granting a nonsuit.                    *Judgment reversed.*

Complaint, from city court of Abbeville—Judge Nicholson. May 12, 1909.

Submitted July 20,—Decided July 31, 1909.

*E. H. Williams,* for plaintiff.   *M. B. Cannon,* for defendant.